VILLAGE OF ARDSLEY, Appellant, *v.* AETNA CASUALTY AND SURETY COMPANY, Respondent, et al., Defendants.

Submitted January 3, 1950; decided January 4, 1950.

*Leonard H. Bernstein* for motion.

*Angelo E. Zingaro* opposed.

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion.